**AFFIRM; and Opinion Filed March 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00343-CR
No. 05-18-00344-CR

**ALEXANDER TAYLOR ROSE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-58702-U, F16-58703-U**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

A jury convicted Alexander Taylor Rose of evading arrest or detention enhanced by a prior evading arrest conviction and unlawful possession of a firearm by a felon (UPFF). The trial court assessed punishment at confinement for two years in a state jail facility for the evading arrest conviction and twenty years' imprisonment for the UPFF conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

*See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
Tex. R. App. P. 47

180343F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDER TAYLOR ROSE, Appellant

No. 05-18-00343-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-58702-U.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ALEXANDER TAYLOR ROSE, Appellant

No. 05-18-00344-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-58703-U.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 27th day of March, 2019.